# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STEVEN C. DRASAL, Individually and
On Behalf of All Others Similarly
Situated,

      Plaintiff,

v.                                                       CV No. 19-981 KWR/CG

PILOT TRAVEL CENTERS, LLC d/b/a
PILOT FLYING J,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Stay Discovery and to Stay Entry of a Scheduling Order Pending this Court's Ruling on Defendant's Motion to Compel Arbitration, Motion to Enforce Class Action Waiver and Motion to Dismiss* (the "Motion"), (Doc. 16), filed February 13, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery and entry of a scheduling order are hereby stayed until *Defendants Motion to Compel Arbitration*, (Doc. 8), filed January 14, 2020, is decided by the presiding judge.

**IT IS FURTHER ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 10), and telephonic Rule 16 Scheduling Conference, set for February 20, 2020, are hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE