IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN C. DRASAL, Individually and
On Behalf of All Others Similarly
Situated,

    Plaintiff,

v.                                                                                                        CV No. 19-981 KWR/CG

PILOT TRAVEL CENTERS, LLC d/b/a
PILOT FLYING J,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. Upon filing of the *Joint Status Report*, (Doc. 22), on October 5, 2020, the parties informed the Court that this matter has settled in principle, and the parties are presently "preparing the necessary documentation for execution to finalize the settlement."

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **November 6, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE