IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN C. DRASAL, Individually and
On Behalf of All Others Similarly
Situated,
    Plaintiff,

v.                                        CV No. 19-981 KWR/CG

PILOT TRAVEL CENTERS, LLC d/b/a
PILOT FLYING J,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Agreed Motion for Extension of Time to File Closing Documents*, (the "Motion"), (Doc. 24), filed November 4, 2020. In the Motion, the parties request an extension to December 1, 2020, to submit closing documents. *Id.* at 1. The parties indicate that they "have negotiated, finalized, and entered into a settlement agreement," and that they "contemplate[] dismissal of this lawsuit only upon full performance by Defendant." *Id*. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **December 1, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE